IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SANITA CHEATHAM, | * | |
| Plaintiff, | * | |
| v. | * | CV 116-104 |
| AUGUSTA-RICHMOND COUNTY GEORGIA, | * | |
| Defendant. | * | |

## O R D E R

Presently before the Court is the parties' joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 24.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of August, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA